# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CURTIS RAY SMITH,** ) | |
| ) | |
| **Petitioner** ) | |
| ) | |
| v. ) | Case No. 5:08-CV-00288-RDP-HGD |
| ) | |
| **WARDEN BILLY MITCHUM and** ) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents** ) | |

## DISMISSAL ORDER

On February 22, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On March 3, 2008, Petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and Petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore **ORDERED**,

**ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED** as time-barred.

    **DONE** and **ORDERED** this ___14th___ day of March, 2008.

                                                **R. DAVID PROCTOR**
                                               UNITED STATES DISTRICT JUDGE